IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

TERESA G. PATRICK

VS.                                                                    CIVIL ACTION NO. 2:10CV140-DAS

WAL-MART, INC. – STORE NO. 155 and
NATIONAL UNION FIRE INS. CO. OF PITTSBURGH, PA

ORDER DISMISSING COMPLAINT

Consistent with the Memorandum Opinion issued this day, the defendants' motions (# 20 & # 34) to dismiss are hereby GRANTED, and the Second Amended Complaint (# 29) is dismissed with prejudice. The clerk shall forthwith close this case.

This, the 21st day of March, 2011.

/s/ David A. Sanders
U. S. MAGISTRATE JUDGE